```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Abu B. Kargbo

    v.                                             Case No. 15-cv-00315-PB

Warden, New Hampshire State Prison

### O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 21, 2018, and grant respondent's motion for summary judgment as to Claims 1-10, but deny as to Claims 11 and 12. The three motions filed by the petitioner (Doc. Nos. 76, 77, 84) are denied. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

                                                    /s/ Paul Barbadoro
                                                    Paul J. Barbadoro
                                                    United States District Judge

Date: March 16, 2018

cc: Abu B. Kargbo, pro se
    Elizabeth C. Woodcock, Esq.